~~SEALED~~
s/ AlexandraSudan

ORDERED UNSEALED on 06/30/2023   s/ Alexandra

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '23 MJ2011 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 18, U.S.C., Sec. 1028(a)(2) – Transferring False Identification Documents; and |
| Humberto BARRIENTOS-Lopez (1), Osiris VALDEZ-Gomez (2), Alonso CRUZ-Munoz (3), Isidro MARTINEZ-Sanchez (4), | |
| Defendants. | Title 18 U.S.C. § 1028(f) – Conspiracy to Transfer False Identification Documents (Felony) |

The undersigned complainant being duly sworn states:

Count 1

On or about January 20, 2021, within the Southern District of California, defendant OSIRIS VALDEZ-GOMEZ did knowingly transfer false identification documents, to wit: three false Permanent Resident cards and three false Social Security cards, knowing that such documents were produced without lawful authority, and the false identification documents appeared to have been issued by and under the authority of the United States, in violation of Title 18, United States Code, Section 1028(a)(2).

Count 2

Beginning on a date unknown and continuing up to on or about September 21, 2022, within the Southern District of California, defendants Alonso CRUZ-Munoz and Isidro MARTINEZ-Sanchez, did knowingly and intentionally conspire together and with each other, and with other persons known and unknown, to knowingly transfer false identification documents, to wit: false Permanent Resident cards and false Social Security cards, knowing that such documents were produced without lawful authority, and the false identification documents appeared to have been issued by and under the authority of the United States, in violation of Title 18, United States Code, Section 1028(f).

## Count 3

On or about November 16, 2022, within the Southern District of California, defendant Alonso CRUZ-Munoz did knowingly transfer false identification documents, to wit: two false Permanent Resident cards and three false Social Security cards, knowing that such documents were produced without lawful authority, and the false identification documents appeared to have been issued by and under the authority of the United States, in violation of Title 18, United States Code, Section 1028(a)(2).

## Count 4

On or about December 5, 2022, within the Southern District of California, defendant Humberto BARRIENTOS-Lopez did knowingly transfer false identification documents, to wit: two false Permanent Resident cards and three false Social Security cards, knowing that such documents were produced without lawful authority, and the false identification documents appeared to have been issued by and under the authority of the United States, in violation of Title 18, United States Code, Section 1028(a)(2).

_____
Special Agent Jose Diego
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2nd DAY OF JUNE 2023.

_____
HON. JILL L. BURKHARDT
U.S. MAGISTRATE JUDGE

## STATEMENT OF PROBABLE CAUSE

Over the last 5 years, starting in June of 2018 and continuing to the present, United States Border Patrol Agents, and Homeland Security Investigations Document and Benefit Fraud Task Force (DBFTF) Agents have investigated and targeted individuals selling counterfeit immigration packets containing Lawful Permanent Resident (LPR) cards and Social Security Cards (hereinafter collectively referred to as "packets") in the Southern District of California. The agents utilized traditional surveillance and employed confidential sources (CS-1 or CS-2) to conduct controlled purchases to identify individuals that were conspiring or engaging in this criminal behavior. Notably, for each of the following controlled document purchases, DBFTF Agents provided the confidential informant with passport style photographs and biographical information of fictitious individuals prior to the sale. Following the sale, the confidential informant would meet with DBFTF Agents and provide the completed packets.  The information in the purchased packets were compared to the information provided prior to the sale for verification. Agents noted that each packet purchased was provided in similar half cut white envelope. Each packet appeared to be issued by or under the authority of the United States appeared to be issued by or under the authority of the United States, to wit: United States Citizenship and Immigration Services and the Social Security Administration. All packets were seized as evidence by HSI.

Among other findings, this investigation revealed that Humberto BARRIENTOS-Lopez ("BARRIENTOS-LOPEZ") manufacturers and distributes counterfeit immigration packets, and that Osiris VALDEZ-Gomez ("VALDEZ-Gomez"), Alonso CRUZ-Munoz ("CRUZ-Munoz"), and Isidro MARTINEZ-Sanchez ("MARTINEZ-Sanchez") distribute counterfeit immigration packets. Several of these controlled purchases are described below.

On January 13, 2021, CI-1 texted VALDEZ-Gomez to purchase packets.[1] VALDEZ-Gomez told CI-1 to send him the passport photos and biographical information.  On January

---

[1] VALDEZ-Gomez was initially identified as a counterfeit packet distributor by a U.S. BP Confidential Informant who introduced VALDEZ-Gomez to CI-1. During the course of the investigation, Agents observed VALDEZ-Gomez as the driver of a maroon Nissan Rogue bearing California license plate: 7DKS070. Records checks revealed the Nissan Rogue is registered to VALDEZ-Gomez at 3260 Martin Avenue, #N, San Diego, CA 92113 ("3260

19, 2021, CI-1 texted VALDEZ-Gomez passport photos and the biographical information for three individuals. The following day, VALDEZ-Gomez briefly met with BARRIENTOS-Lopez at VALDEZ-Gomez's residence.[2] Immediately thereafter, VALDEZ-Gomez met with CI-1 as agreed. CI-1 purchased the packets from VALDEZ-Gomez for $240.

On June 30, 2022, CI-2 called MARTINEZ-Sanchez to purchase packets.[3] MARTINEZ-Sanchez stated that each packet would cost $140, and it would take approximately 1 to 2 days to be made. MARTINEZ-Sanchez instructed CI-2 to send the biographical information and pictures via text message to his phone number. On August 23, 2022, CI-2 texted MARTINEZ-Sanchez, that the individuals who needed the packets to get jobs in the United States would arrive on September 19, 2022.

On September 19, 2022, CI-2 texted MARTINEZ-Sanchez and told him the two individuals arrived in the United States and provided the passport style photos and biographical information of the individuals. The next day, MARTINEZ-Sanchez stated that the packets were not ready, and that someone else was going to call CI-2 to coordinate the pickup of the packets when they were ready. That same evening, CI-2 received a phone call from an unknown phone number by an individual self-identified as "Chuy." Chuy advised that the packets would be ready on the next day or two and that another individual, referred to as "Eduardo" (later determined to be CRUZ-Munoz) would be providing CI-2 with the packets.

---

Martin Ave"). During the course of the investigation, Agents observed VALDEZ-Gomez residing at 3260 Martin Ave and parking his Nissan Rogue in a stall labeled "N."

[2] Following this interaction, BARRIENTOS-Lopez was dropped off at his residence by a White Chevrolet Equinox bearing California license plate: 7LZU182 ("Equinox"). The Equinox was later determined to be associated to CRUZ-Munoz.

[3] Isidro MARTINEZ-Sanchez was initially identified as a counterfeit packet distributor by CI-2. During the course of the investigation, Agents identified MARTINEZ-Sanchez by running a query of his cell phone subscriber data, law enforcement database, and the California Department of Motor Vehicles.

On September 21, 2022, CI-2 received a phone call from CRUZ-Munoz stating the packets were ready.[4] The following morning, CRUZ-Munoz contacted CI-2 to coordinate the pickup of the packets. That same day, DBFTF Agents observed CI-2 meet with CRUZ-Munoz. CRUZ-Munoz handed CI-2 the two packets in a white envelope, and CI-2 handed CRUZ-Munoz the agreed $280.

On November 15, 2022, CI-2 texted CRUZ-Munoz to purchase packets. CI-2 texted CRUZ-Munoz the passport photos and biographical information of two individuals. The following day, CRUZ-Munoz called CI-2 and advised that the documents were ready and coordinated where to meet. DBFTF Agents observed CI-2 meet with CRUZ-Munoz in a parking lot. CI-2 gave CRUZ-Munoz the agreed $280 and received two white envelopes containing the packets.

On December 5, 2022, CI-2 texted CRUZ-Munoz the biographical information and pictures of two fictious individuals. Later that afternoon, CRUZ-Munoz told CI-2 that the job was done and instructed CI-2 to pick up the packets from someone else's residence, which DBFTF Agents identified to be the residence of BARRIENTOS-Lopez.[5] CRUZ-Munoz told CI-2 would not have to pay BARRIENTOS-Lopez for the packets and that CRUZ-Munoz would get payment later from CI-2. Later that same day, DBFTF Agents observed CI-2 park in front of BARRIENTOS-Lopez's residence. DBFTF Agents saw BARRIENTOS-Lopez exit his residence and walk towards CI-2's vehicle. BARRIENTOS-

---

[4] Agents identified "Eduardo" as CRUZ-Munoz by conducting a query of the cell phone number he used to call CI-2. The phone number query thorough law enforcement databases returned to Alonso Cruz Munoz with an address of 12440 Oak Knoll Road Apt 11, Poway, CA 92064 ("12440 Oak Knoll Rd"). During the course of the investigation, Agents observed CRUZ-Munoz residing at 12440 Oak Knoll Rd. Agent also queried open-source social media and discovered an online Facebook profile which matched the description of CRUZ-Munoz.

[5] Agent surveillance observed BARRIENTOS-Lopez resides at 3176-3178 Martin Avenue, San Diego, California 92113 in the Unit up three wooden steps. On February 10, 2021, Agents conducted an examination of recycle and garbage bin contents from his residence. Amongst the contents of a knot-tied white plastic grocery bag, were two "Intermex Wire Transfer" receipts which identified the sender as "Humberto Barrientos." Further law enforcement investigation into "Humberto Barrientos" revealed a matching age and physical appearance.

Lopez handed CI-2 the packets and asked CI-2 to check the names on the envelopes to make sure they were the correct packets. DBFTF Agents saw BARRIENTOS-Lopez walk away after receiving confirmation from CI-2 that the correct packets were received.

On December 14, 2022, CI-2 met with CRUZ-Munoz. CI-2 gave CRUZ-Munoz the agreed upon $280 for the packets that were purchased on December 5, 2022.

Agents compared the counterfeit immigration packets purchased from the distributors on September 22, 2022, November 16, 2022, and December 5, 2022. Agents noted the handwriting on all the envelopes, which contained the immigration packets, were identical and the features on the cards were similar.

## Request for Sealing

It is further respectfully requested that this Court issues an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrants. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendants to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.